**Order entered January 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00436-CV

### IN THE ESTATE OF REBECCA LYNN HEIDER, DECEASED

**On Appeal from the Collin County Probate
Collin County, Texas
Trial Court Cause No. PB1-1074-2010**

## ORDER

We **GRANT** the January 26, 2015 agreed motion of J. Ryan Nordaus to withdraw as counsel for appellee. We **DIRECT** the Clerk of this Court to remove J. Ryan Nordaus as counsel for appellee.

Appellee is now appearing pro se before this Court. Appellee's brief is past due. On the Court's own motion, we extend the time for appellee to file a brief to **FEBRUARY 27, 2015**. We caution appellee that no further extension will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE